IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 4:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| CORNELIUS OGUNSALU, | X | |
| Plaintiff, | X | |
| vs. | X | No. 03-2906-Ma/An |
| THE UNIVERSITY OF MEMPHIS, et al., | X | |
| Defendants. | X | |

ORDER DENYING MOTIONS FOR SUBPOENAS

On September 30, 2004, the Court issued an order granting defendants' motion to dismiss, denying leave to amend, and certifying that an appeal would not be taken in good faith. Judgment was entered on October 14, 2004. Plaintiff filed a notice of appeal, and the Sixth Circuit affirmed. Ogunsalu v. University of Memphis, No. 04-6212 (6th Cir. July 28, 2005).

On September 30, 2004, the same day the dismissal order was issued, plaintiff filed two motions seeking the issuance of subpoenas. Because this case has been dismissed, these motions are DENIED as moot.

IT IS SO ORDERED this 20th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:03-CV-02906 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Cornelius Ogunsalu
846 Joanne Way
El Cajon, CA 92020

Mary M. Collier
OFFICE OF THE ATTORNEY GENERAL
425 Fifth Ave., N.
2nd Floor, Cordell Hull Building
Nashville, TN 37243--049

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT